FILED
2020 Nov-25 PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
10/22/2020 12:12 PM
31-CV-2020-900609.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>31<br>Date of Filing:<br>10/22/2020 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### KIMBERLY HILL v. THE HARTFORD

**First Plaintiff:** ☐ Business  ☑ Individual    **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other    ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☑ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER
R ☐ REMANDED     T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES  ☑ NO    **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
ALL016          10/22/2020 12:12:43 PM          /s/ MYRON KAY ALLENSTEIN
                Date                             Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

Case 4:20-cv-01872-CLM   Document 1-1   Filed 11/24/20   Page 3 of 7

DOCUMENT 2

ELECTRONICALLY FILED
10/22/2020 12:12 PM
31-CV-2020-900609.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| KIMBERLY HILL, | * |  |
|---|---|---|
|  | * |  |
| Plaintiff, | * |  |
|  | * |  |
| v. | * | Case Number: _____ |
|  | * |  |
| THE HARTFORD, | * |  |
|  | * |  |
| Defendant | * |  |

## **COMPLAINT**

### Long Term Disability Benefits

1. Plaintiff, age 52, is a disabled former employee of Gadsden Regional Medical Center.

2. Plaintiff has long term disability benefits through Defendant, The Hartford.

3. Plaintiff is disabled due to chronic pain, bilateral knee replacement, and two level lumbar fusion with two rods and six screws.

4. Plaintiff drew long term disability benefits since 2005.

5. LTD benefits were terminated in January 2020.

6. Plaintiff was awarded SSDI benefits in 2006.

7. Plaintiff has exhausted all administrative remedies.

8. This claim is filed pursuant to 29 U.S.C. §1132.

WHEREFORE, Plaintiff prays for appropriate relief, attorney fees, and costs which are less than $50,000.00.

                                    s/MYRON K. ALLENSTEIN (ALL016)
                                    ROSE MARIE ALLENSTEIN (ALL060)
                                    ALLENSTEIN & ALLENSTEIN, LLC
                                    Attorneys for Plaintiff
                                    141 South 9th Street
                                    Gadsden, AL  35901
                                    (256) 546-6314
                                    (256) 547-7648 (fax)
                                    myron@allenstein.com
                                    rose@allenstein.com



AlaFile E-Notice

31-CV-2020-900609.00

To: MYRON KAY ALLENSTEIN
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

KIMBERLY HILL V. THE HARTFORD
31-CV-2020-900609.00

The following complaint was FILED on 10/22/2020 12:12:31 PM

Notice Date:    10/22/2020 12:12:31 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

USPS CERTIFIED MAIL



*801 FORREST AVENUE*
*SUITE 202*
*GADSDEN, AL, 35901*

9214 8901 7301 4131 2000 0399 76

31-CV-2020-900609.00

To: THE HARTFORD
C/O CT CORPORATION
2 NORTH JACKSON STREET
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

**KIMBERLY HILL V. THE HARTFORD**
**31-CV-2020-900609.00**

The following complaint was FILED on 10/22/2020 12:12:31 PM

Notice Date:   10/22/2020 12:12:31 PM

**CASSANDRA JOHNSON**
**CIRCUIT COURT CLERK**
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL 35901

256-549-2150

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>31-CV-2020-900609.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### KIMBERLY HILL V. THE HARTFORD

**NOTICE TO:** THE HARTFORD, C/O CT CORPORATION 2 NORTH JACKSON STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MYRON KAY ALLENSTEIN,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 141 S. 9TH STREET, GADSDEN, AL 35901.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of KIMBERLY HILL pursuant to the Alabama Rules of the Civil Procedure.

10/22/2020                     /s/ CASSANDRA JOHNSON              By: _____
*(Date)*                       *(Signature of Clerk)*                  *(Name)*

☑ Certified Mail is hereby requested.     /s/ MYRON KAY ALLENSTEIN
                                          *(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
                                                                        *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
  *(Name of Person Served)*            *(Name of County)*

Alabama on _____.
            *(Date)*

_____        _____        *(Address of Server)*
*(Type of Process Server)*     *(Server's Signature)*

                               _____        _____
                               *(Server's Printed Name)*       *(Phone Number of Server)*